The court qualified the bill by certifying that the case was submitted to the jury on the elements of force and threats, and not fraud.

In Palm v. State, 149 Tex.Cr.App. 456, 195 S.W.2d 354, this Court held such an indictment need not negative such fact unless the female was mentally diseased or under the age of 18 years.

Finding no reversible error, the judgment of the trial court is affirmed.

Attys., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is knowingly passing a forged instrument; the punishment, two years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.